**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| MARK W. HAMARSMA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN VAN DAM, VAN DAM CONSTRUCTION, LLC., JASON A. HIGGINS and TERESA A. HIGGINS, Defendants. | Case No. _____<br><br><br>**COMPLAINT** |

Plaintiff, Mark W. Hamarsma, by and through the undersigned counsel hereby files this Complaint against Defendants Marvin Van Dam ("Van Dam" or "Defendant"), Jason A. Higgins ("Jason" or "Defendant"), and Teresa A. Higgins ("Teresa" or "Defendant") and Van Dam Construction, LLC ("Company" or "Defendant") (collectively "Defendants").  In support of this Complaint, the Plaintiff states as follows:

## JURISDICTION AND VENUE

1.      This court has original and exclusive jurisdiction of this action under 28 U.S.C.A. § 1338(a) because the action arises under the Copyright Act, 17 U.S.C.A. §§ 101 et seq.

2.      Venue is proper in this Court, pursuant to 28 USC §§1391 because Defendants are subject to personal jurisdiction in this jurisdiction and a substantial part of the events or omissions giving rise to the claim occurred in this jurisdiction.

3.      Plaintiff, Mark W. Hamarsma, is an individual residing in Grand Rapids, Michigan.

2.      Upon information and belief, Defendant, Marvin Van Dam, is an individual having a principal residence at 9775 Hamilton Trail, Indianola, IA  50125.

3.      Upon information and belief, Defendant, Van Dam Construction, LLC, is a limited liability company organized and existing under the laws of the State of Iowa and having a principal place of business located at 9775 Hamilton Trail, Indianola, IA  50125.

4.      Upon information and belief, Defendant, Jason A. Higgins is an individual having a principal residence at 8817 Horizon Rd., Johnston, IA 50131.

5.      Upon information and belief, Defendant, Teresa A. Higgins is an individual having a principal residence at 8817 Horizon Rd., Johnston, IA 50131.

## CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT

6.      On or about July 29, 2009, Plaintiff created and published an architectural design of a residential home, entitled "Wellington - Three Stall Garage" ("Wellington design").  A copy of the Wellington design is attached to this complaint, marked Exhibit "A", and incorporated by this reference.

7.      The plans for the Wellington design were first published on the Country Estate Realty website.

8.      Subsequent to publication more than ten (10) homes were built in the greater Des Moines area using the Wellington design.

9.      On or about January 27, 2011, Plaintiff sent applications, deposits and the fees required for copyright registration to the US Copyright Office, for the registration of the Wellington design as both an Architectural work and as a Technical Drawing.

10.     The Plaintiff's Wellington  design was given an effective date of registration of February 1, 2011 and Registration number VA1-786-851 as an architectural work and

Registration number VA1-782-943 as a map/technical drawing.  Copies of the Certificates of Registration are attached and marked Exhibit "B".

11.     On or about July 19, 2011, Defendant, Marvin Van Dam filed with the City of Johnston, Iowa architectural drawings for the construction of a residential home with the address of 8817 Horizon Rd., Johnston, IA 50131 which infringed upon Plaintiff's Wellington design. Copies of the drawings are attached to this complaint, marked Exhibit "C", and incorporated by this reference.

12.     The infringing, design located at 8817 Horizon Rd., Johnston, IA 50131, was built by Van Dam Construction, LLC for Jason A. Higgins and Teresa A. Higgins.

13.     Plaintiff is now and has always been the owner of the entire right, title and interest in the Wellington design.

14.     Defendants were notified that the Defendants were infringing Plaintiff's design.

15.     Defendants knowingly and willingly infringed Plaintiff's copyright by building a residential building which is substantially similar in all regards to Plaintiff's Wellington design.

16.     Defendants have wrongfully constructed a residence, substantially similar to Plaintiff's Wellington Design, and have done so without first obtaining a license of any nature from Plaintiff.

17.     Defendants' actions constitute infringement of Plaintiff's copyright.

18.     Upon information and belief, the acts of infringement by Defendants have been willful and deliberate, and Defendants made unlawful gains and profits from said infringement.

19.     Plaintiff has been damaged by Defendants' infringement.

20.     The conduct of Defendants has caused and will continue to cause Plaintiff irreparable injury.  As such, Plaintiff is entitled to injunctive relief prohibiting Defendants from further infringing Plaintiff's copyright.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants and respectfully asks that this Court:

(a)     Find that Defendants have engaged in copyright infringement and have willfully infringed Plaintiff's copyright with full knowledge of Plaintiff's rights.

(a)     Enter judgment against Defendants for infringing Plaintiff's copyrighted design.

(b)     Temporarily and permanently enter an injunction restraining Defendants from infringing Plaintiff's copyrighted design.

(c)     Order Defendants to pay to Plaintiff all available damages, as provided in 17 USC §504 or such other damages as the Court shall deem proper and within the provisions of the copyright statute.  statutes.

(d)     Order an accounting with respect to sales by Defendants of infringing property.

(e)     Award Plaintiff the costs of this action, reasonable attorney fees, and such other relief as may be appropriate.


Respectfully submitted,


*/s/Samantha Gronewald*
Samantha Gronewald
Kyle Kruidenier
SULLIVAN & WARD, P.C.
6601 Westown Pkwy., Suite 200
West Des Moines, IA  50265
Telephone: 515-244-3500

Facsimile:  515-244-3599
sgronewald@sullivan-ward.com
kkruidenier@sullivan-ward.com
ATTORNEYS FOR PLAINTIFF