**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| MARK W. HAMARSMA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN VAN DAM, VAN DAM CONSTRUCTION, LLC., JASON A. HIGGINS and TERESA A. HIGGINS,<br>Defendants. | CASE NO. 4:12-cv-00584<br><br>**DISMISSAL WITH PREJUDICE** |

Plaintiff, Mark W. Hamarsma, hereby dismisses with prejudice above matter.

SULLIVAN & WARD, P.C.

  /s/ *Kyle Kruidenier*
Kyle Kruidenier  AT 4492
Samantha J. Gronewald  AT 4107
6601 Westown Parkway; Suite 200
West Des Moines, IA  50266
Telephone:  (515) 247-4728
Facsimile:  515-244-3599
Email:  kkruidenier@sullivan-ward.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of June, 2013, the foregoing instrument was electronically filed with the Court using the CM/ECF system and served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

**By**: Electronic Service

Signature: _____/s/ *Kyle Kruidenier*_____


Brandt Kahler
G. Brian Pingel
BROWN, WINICK, GRAVES, GROSS,
 BASKERVILLE & SCHOENEBAUM, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309